Christopher Lee JOHNSON; Veronica Moody Johnson, Plaintiffs—Appellants,

v.

Commonwealth of VIRGINIA; Judge Walter J. Ford, Virginia Supreme Court Judge Designate; Emerald Greens Property Owners Association; Michael Lewis, As Architectural Director Of The Egpoa, and Personally In His Individual Capacity; Michael A. Inman, Esquire; Barry Koch, Esquire, Personally and In His Capacity As Attorney For Emerald Greens Property Owners Association; Other Unnamed Co-Conspirators, Defendants—Appellees.

No. 04–1174.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2004.

Decided: June 29, 2004.

Christopher Lee Johnson; Veronica Moody Johnson, Appellants pro se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Lee Johnson and Veronica Moody Johnson appeal the district court's order denying their motion for emergency injunctive relief and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. Virginia,* No. CA–04–66–2 (E.D.Va. Jan. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*